NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYMOND E. STAUFFER,**
*Plaintiff-Appellant,*

v.

**BROOKS BROTHERS, INC. AND RETAIL BRAND ALLIANCE, INC.,**
*Defendants-Appellees,*

AND

**UNITED STATES,**
*Intervenor-Appellee.*

---

2013-1180

---

Appeal from the United States District Court for the Southern District of New York in No. 08-CV-10369, Judge Sidney H. Stein.

---

**ON MOTION**

---

**O R D E R**

Raymond E. Stauffer moves the court to accept the joint appendix for filing.

2                                STAUFFER v. BROOKS BROTHERS, INC.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The joint appendix is accepted for filing.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s26